**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
KEITH O'NEIL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:11- CR-00295** |
| Plaintiff, | ORDER |
| v. | |
| SERGEY POTEPALOV, | |
| Defendant. | |

**ORDER**

The Court is in receipt of Defendant's Motion to Withdraw his pending Motion for Expenses for Defendant's Noncustodial Transportation.

///

///

///

///

1

Defendant's Motion to Withdraw his request for expenses (ECF No. 267) is GRANTED, and his Motion for Expenses (ECF No. 266) is DENIED as moot.

    IS IT SO ORDERED.

Dated:  December 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT